UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

T&G SPORTS LLC,

                Defendant.

22-CV-3612 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 5, 2022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. After receiving a letter from the parties indicating that resolution of the action was possible, *see* Dkt. 10, the Court ordered the parties to submit a joint letter no later than July 29, 2022 regarding the status of settlement, *see* Dkt. 11. The Court then granted requests to extend the time by which Defendant must file an Answer, *see* Dkts. 12–19, and Defendant filed an Answer on November 7, 2022, *see* Dkt. 22. As of today's date, the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

The parties shall submit their joint letter no later than November 16, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 9, 2022
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge